| PROB 22 [EDTN51] (1/98) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| **TRANSFER OF JURISDICTION** | 2:93-CR-41-001 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00198-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| --- | --- | --- |
| Leroy Donnell Washington<br><br>1841 25th Avenue North<br>Nashville, TN 37209 | Eastern District of Tennessee | Greeneville |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Thomas G. Hull<br>United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>December 28, 2012 | TO<br>December 27, 2017 |

OFFENSE
Possession of a Firearm After Having Been Convicted of a Felony, in violation of Title 18 U.S.C. §§ 922(g)(1), 924(a)(2), and 924(e)(1).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

    IT IS HEREBY ORDERED that pursuant to Title 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/23/13
*Date*                                          *Presiding United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-5-13
*Effective Date*                                         *United States District Judge*