IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 3:12-00052 |
| ) | Judge Haynes |
| v. ) | |
| LEROY WASHINGTON, ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's motion to transfer case (Docket Entry No. 30) that is unopposed. On June 11, 2012, this Court sentenced Defendant to 12 months and a day followed by two years of supervised release. (Docket Entry No. 28). On October 8, 2013, U.S. v. Washington, 3:13-cr-00198 was transferred to the Middle District of Tennessee from the Eastern District of Tennessee and was assigned to the Honorable Kevin H. Sharp for Defendant's supervision. (Docket Entry 1-1; 3:13-cr-00198).

Defendant requests that Criminal No. 3:13-cr-00198 be transferred to this Court "in the interest of efficiency and justice," so that both actions can "be disposed of together during the same proceeding." After consulting with the Honorable Kevin H. Sharp, Defendant's motion to transfer case (Docket Entry No. 30) is **GRANTED,** and Criminal No. 3:13-cr-00198 is hereby **TRANSFERRED** to the undersigned United States District Judge.

The Clerk shall file this Order in both actions.

It is so **ORDERED**.

ENTERED this the ___ day of October, 2014.

William J. Haynes, Jr.
United States District Court